# EXHIBIT 1

# AARON KATZ LAW

399 Boylston Street, 6th Floor
Boston, MA 02116

---

Aaron M. Katz
(617) 915-6305
akatz@aaronkatzlaw.com

March 14, 2025

Rosiland Sargent-Burns
Acting Pardon Attorney
U.S. Department of Justice
Office of the Pardon Attorney
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

*Re: FOIA Request for Liz Oyer*

Dear Ms. Sargent-Burns:

    I represent former Pardon Attorney Liz Oyer in connection with her termination from the Department of Justice on March 7, 2025.  Pursuant to the Freedom of Information Act, I request that you produce the following documents.

1. Emails between Ms. Oyer and Associate Deputy Attorney General (ADAG) Paul Perkins exchanged between March 3 and March 7, 2025, including attached memos.

2. All emails between Ms. Oyer and ADAG Paul Perkins referencing "domestic violence" or "DV."

3. Emails and Teams messages between Ms. Oyer and Deputy Pardon Attorney Kira Gillespie referencing "Mel Gibson" (including either "Gibson" or "Mel").

In light of the time-sensitive nature of this matter, I would be grateful to receive your response on an expedited basis.  Please feel free to contact me if you have any questions about these requests.  I can be reached at akatz@aaronkatzlaw.com or (617) 915-6305.

Sincerely,

Aaron M. Katz