# EXHIBIT 2

**From:** pardonattorneyfoia@usdoj.gov
**Subject:** Your FOIA Request
**Date:** Mar 19, 2025 at 8:09:06 AM
**To:** akatz@aaronkatzlaw.com

March 19, 2025

Aaron Katz, Esq.
Aaron Katz Law LLC
399 Boylston Street
6th Floor
Boston, MA 02116-3325

**Re: PARDON FOIA 2025-321001**

Dear Aaron Katz:

We received your request on March 14, 2025. You requested under the Freedom of Information Act, 5 U.S.C. § 552 *et seq*. (FOIA): (1) Emails between Ms. Oyer and Associate Deputy Attorney General (ADAG) Paul Perkins exchanged between March 3 and March 7, 2025, including attached memos; (2) All emails between Ms. Oyer and ADAG Paul Perkins referencing "domestic violence" or "DV"; and (3) Emails and Teams messages between Ms. Oyer and Deputy Pardon Attorney Kira Gillespie referencing "Mel Gibson" (including either "Gibson" or "Mel").

Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

After carefully considering your request, we have determined that the attached **25 pages** are appropriate for release with redactions in response to portion #3 of your request.  Please be advised that this disclosure includes all segregable, nonexempt records within our possession or control.  However, portions #1 and #2 of your request remain forthcoming after consult with the Office of the Deputy Attorney General which holds equity in the required search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may email this office at PardonAttorneyFOIA@usdoj.gov for any further assistance with this portion of your FOIA request.  Additionally, you may contact the Office of Government

Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with PARDON's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  **If possible, please provide a copy of your original request and this response letter with your appeal.**

Sincerely,

Office of the Pardon Attorney



Tap to Download
**Portion 3_Oyer Request_PARDON equity .pdf**
2.4 MB