# EXHIBIT 3



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

April 16, 2025

Aaron Katz
Aaron Katz Law
6th Floor
399 Boylston Street
Boston, MA 02116
akatz@aaronkatzlaw.com                Re:    FOIA-2025-03470

Dear Aaron Katz:

    While processing your Freedom of Information Act (FOIA) request dated March 14, 2025, seeking various records of Pardon Attorney Elizabeth Oyer, the Office of the Pardon Attorney located material that it referred to this Office for processing and direct response to you. The Office of the Pardon Attorney tracking number associated with this request is 2025-321001, and this material was received in this Office on March 25, 2025.

    To the extent that the referred material contains information of interest to other components or agencies, we can respond only after consulting with those entities regarding their information. See 28 C.F.R. § 16.4(d)(1) (2018). As soon as these consultations are complete and our disclosure determinations are made, we will write to you again.

    We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by telephone at the above number, by e-mail at doj.oip.foia@usdoj.gov, or you may write to the Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001. Lastly, you may contact our FOIA Public Liaison, Valeree Villanueva, at the telephone number listed above to discuss any aspect of your request.

    Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

                                    Sincerely,

                                      Initial Request Staff
                                    Office of Information Policy
                                    U.S. Department of Justice