# EXHIBIT 4

**From:** Liz Oyer lizoyer@gmail.com
**Sent:** Monday, March 31, 2025 4:04 PM
**To:** JMDFoia (JMD) Ex_JMDFoia@jmd.usdoj.gov
**Subject:** [EXTERNAL] Privacy Act/FOIA Request - Expedited Treatment Requested

Good afternoon,

Pursuant to the Privacy Act and FOIA, I respectfully request that you provide me copies of the following materials pertaining to my employment with the Department of Justice, Office of the Pardon Attorney, from April 2022 to March 2025:

1. Complete eOPF/personnel file.
2. All annual performance evaluations/ratings.
3. All documentation pertaining to the termination of my employment.

I am requesting expedited handling of this request. Due to the abrupt nature of my termination, I was not able to obtain these essential documents prior to my departure. It is a personal and professional necessity that I obtain the requested materials promptly.

Many thanks for your assistance.

Sincerely,
Elizabeth (Liz) Oyer
202-805-4377