CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Elizabeth G. Oyer
Plaintiff(s)

Civil Action No. 25-01555(CJN)

vs.

U.S. Department of Justice
Defendant(s)

## AFFIDAVIT OF MAILING

I, Jeffrey S. Gutman, hereby state that:

On the 17th day of May, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

U.S. Department of Justice, 950 Pennsylvania Ave., N.W. Washington, D.C. 20530

I have received the receipt for the certified mail, No. 9589 0710 5270 1839 5651 63 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23rd day of May, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

June 2, 2025
(Date)

(Signature)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

9590 9402 8614 3244 9754 32

2. Article Number *(Transfer from service label)*

9589 0710 5270 1839 5651 63

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Evie Jassak ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

MAY 23 2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 25

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt