UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH G. OYER,

Plaintiff,

v.

DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 25-1555 (CJN)

## MOTION FOR EXTENSION OF TIME

Defendant the Department of Justice ("Department"), through undersigned counsel, respectfully moves for a three-week extension of time until July 7, 2025, to file Defendant's response to Plaintiff's Complaint brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant's response is currently due June 16, 2025. Pursuant to Local Civil Rule 7(m), undersigned emailed counsel for Plaintiff and attempted to reach him by phone,[1] but has not yet received a response. The grounds for this motion are set forth below.

Plaintiff Elizabeth Oyer brings this action seeking to compel the Department to provide records relating a case involving Mel Gibson and Plaintiff's subsequent termination from the Department. Undersigned counsel for the Department currently handles an extremely voluminous caseload of over 100 cases and was assigned this matter less than a week prior to Defendant's response deadline. Undersigned has been working diligently with the Department to draft Defendant's response to the complaint, but needs additional time to coordinate with other

---

[1]    Undersigned first attempted to contact counsel last week, but realized on June 16, 2025, that the email address was incorrect. Upon realization, undersigned re-sent her previous communications, and attempted to reach counsel by phone. At the time of this filing, counsel has not yet been able to ascertain Plaintiff's position.

components of the Department of Justice regarding Defendant's response. Additionally, undersigned Defendant's counsel is very mindful of this Court's requirement that motions for extension of time be filed well-in advance of the deadline and apologizes to the Court for the last-minute nature of this request. Due to several recent departures, undersigned counsel's caseload has increased significantly in the last few weeks. Because of this workload, undersigned has been dealing with deadlines in the days leading up to the Department's response in this matter, including emergency filings in a programmatic challenge to an agency brought to its statutory minimum. As this deadline was approaching, undersigned realized she needed additional time to coordinate the Department's response. In addition, undersigned already has several other deadlines, including substantive briefs, two motions hearings, and other filing deadlines in the new few weeks. Undersigned therefore seeks a three-week period to draft Defendant's response, as well as allow for sufficient time for coordination between Department components, and sufficient time for internal review.

Wherefore, Defendant proposes this extension in good faith and not for purposes of delay. Granting the requested extension will service the interests of justice and afford Defendant's counsel with additional time to review the allegations in Plaintiff's complaint, gather the necessary information to draft Defendant's response, and allow sufficient time for internal review. Plaintiff will not be prejudiced as there are no other deadlines in place.

Dated: June 16, 2025                         Respectfully submitted,

                                             JEANINE FERRIS PIRRO
                                             United States Attorney

                                      By:    */s/ Brenda González Horowitz*
                                             BRENDA GONZÁLEZ HOROWITZ
                                             D.C. Bar No. 1017243
                                             Assistant United States Attorney
                                             U.S. Attorney's Office, Civil Division

601 D St., N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States  of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH G. OYER,

       Plaintiff,

      v.

DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-1555 (CJN)

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for extension of time and the good cause demonstrated, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Defendant shall file its response to Plaintiff's complaint on or before July 7, 2025.

SO ORDERED

_____
Dated

_____
CARL J. NICHOLS
United States District Judge

4