UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH G. OYER,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-1555 (CJN) |

**UNOPPOSED MOTION FOR EXTENSION OF**
**TIME AND TO MODIFY BRIEFING SCHEDULE**

Defendant the Department of Justice ("Department"), through undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1), for a one-week extension of time until February 9, 2026, to file its motion for summary judgment in this matter. Defendant's current deadline is February 2, 2026. Concurrently, Defendant also requests that the Court extend the remaining summary judgment briefing deadlines by one week (as noted below and in the proposed order). Pursuant to Local Civil Rule 7(m), Plaintiff, through counsel, does not oppose the requested relief.

On December 22, 2025, this Court entered an order setting a schedule for briefing summary judgment in this action arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Dec. 22, 2025, Min. Order. As is relevant here, Defendant's motion is due on or before February 2, 2026. Due to the weather conditions in this District during the week of January 25, 2026, including the closure of the federal offices on January 25 and 26 (and potentially ongoing), undersigned counsel seeks a brief one-week extension for Defendant to file its motion for summary judgment. The weather, and subsequent office closure as well as the closure of schools in the District and surrounding areas, have made it difficult for undersigned counsel to coordinate with the various components of the Department of Justice to put together Defendant's materials supporting its motion for summary judgment. As of the afternoon on January 27,

2026, undersigned does not yet know whether schools in the surrounding district will be closed, which will impact undersigned's ability to meet Defendant's February 2, 2026, deadline. School closures on January 25 and 26 have also impacted undersigned's ability to work on this matter and many others. Considering these unforeseen events, and to allow the components of the Department of Justice additional time to draft their materials and provide sufficient time for internal review within the Department of Justice, Defendant seeks a brief one-week extension of time until February 9, 2026, to file its motion. Considering this extension, Defendant also requests that the Court similarly extend all other deadlines by one week as follows:

| | |
|---|---|
| Defendant's motion: | February 9, 2026 |
| Plaintiff's opposition and cross-motion: | March 2, 2026 |
| Defendant's opposition and reply: | March 23, 2026 |
| Plaintiff's reply: | April 6, 2026 |

Wherefore, Defendant seeks this brief extension in good faith and not for the purposes of delay. In light of the good cause articulated above, the Court should grant the motion for extension of time and extend Defendant's deadline to February 9, 2026. A proposed order is included herein.

Dated: January 27, 2026                                     Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar # 1017243
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH G. OYER,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-1555 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's unopposed motion for extension of time, and the good cause shown therein, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that the following schedule shall govern further proceedings:

| | |
|---|---|
| Defendant's motion: | February 9, 2026 |
| Plaintiff's opposition and cross-motion: | March 2, 2026 |
| Defendant's opposition and reply: | March 23, 2026 |
| Plaintiff's reply: | April 6, 2026 |

SO ORDERED.

_____        _____
Dated                                            CARL J. NICHOLS
                                                       United States District Judge