UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH G. OYER,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 25-1555 (CJN) |

## DECLARATION OF LAURENCE BREWER

I, Laurence Brewer, declare the following to be true and correct:

1. I am the Director of the Office of Records Management Policy (ORMP) in the United States Department of Justice (DOJ or Department). ORMP is located in the Justice Management Division (JMD). JMD is the principal division responsible for management and administrative support of the Department. Much of the work of JMD is internal to the Department and consists of administrative policy and operational oversight to assure that the administrative governance and infrastructure is in place so that all other components of the DOJ can complete the more visible mission work of the Department. Under the direction of the Assistant Attorney General for Administration (AAG/A), JMD provides DOJ-wide administrative policy guidance and operational support to the DOJ's offices, boards, divisions and, to a limited extent, its bureaus. JMD has four key areas of responsibility: fiscal responsibility; human resources management; information resources and management policy; and management, planning, and procurement.

2. I have held the position of Director of ORMP since July 2024. In my official capacity, I coordinate and oversee the JMD Freedom of Information Act (FOIA) Program. Due to the nature of my official duties, I am familiar with JMD's obligations under FOIA, including the requirement to make records promptly available to a requestor.

3. The statements and conclusions contained in this declaration are based upon information available to me in the performance of my official duties, as well as my review of the records in question.

### JMD's Response to Plaintiff's March 31, 2025 FOIA Request

4. On March 31, 2025, JMD received a request under the FOIA and the Privacy Act from Plaintiff Elizabeth Oyer requesting: "(1) Complete eOPF/personnel file; (2) All annual performance evaluations/ratings; and (3) All documentation pertaining to the termination of her employment."

5. On April 1, 2025, JMD emailed Plaintiff Oyer to acknowledge receipt. JMD informed her that because records in the Department are decentralized, JMD's response will only cover information originating with or relating to JMD, and that she should make a request to other components within the Department if the records she seeks originate or relate to them.

6. On April 2, 2025, JMD requested that Plaintiff Oyer provide a verification of identity as required by 28 C.F.R. § 16.41(d) for Privacy Act requests.

7. Plaintiff Oyer submitted her verification of identity on April 2, 2025.

8. JMD's Office of Human Capital (OHC), formerly the Office of Human Resources, provides human resources services for the Office of the Pardon Attorney (OPA). This includes updating the official records of an OPA employee's federal employment in an

electronic Official Personnel Folders (eOPF) within the Office of Personnel Management (OPM)'s electronic document management system. In response to Part 1 of Plaintiff Oyer's request, an officer within JMD OHC downloaded Plaintiff Oyer's complete eOPF from OPM's electronic document management system. JMD provided it to her, unredacted and in its entirety, on April 17, 2025.

9. In general, records of performance ratings and evaluations of Department employees are created and maintained by the office issuing the rating. Thus, regarding Part 2 of the request, JMD determined that OPA is the custodian of Plaintiff Oyer's performance evaluations/ratings, and forwarded Part 2 to OPA for direct response to Plaintiff on April 2, 2025.

10. JMD OHC's Office of Executive Resources also has access to the performance ratings of employees in the Senior Executive Service (SES) which are maintained on USA Performance, an electronic performance management program operated by OPM. On February 6, 2026, an officer from OHC Office of Executive Resources searched for Plaintiff Oyer's 2023 Performance Appraisal and Performance Workplan, but was not able to locate it on USA Performance.

11. Regarding Part 3 of the request, JMD consulted with the Office of Information Policy (OIP), who handles FOIA processing for the senior leadership offices, which include the Office of the Attorney General, the Office of the Deputy Attorney General, and the Office of the Associate Attorney General. OIP agreed that a referral of Part 3 of the request to OIP is appropriate, as it is likely that the senior leadership offices have responsive documentation. JMD forwarded Part 3 of the request to OIP on April 2, 2025, for direct response to Plaintiff.

12. The Director of OHC serves as the custodian of the removal letters of Senior Executive Service employees who were removed pursuant to Article II of the Constitution. OHC searched these files and located Plaintiff's Notice of Removal, which is responsive to Part 3 of the request. JMD provided this document to OIP on September 16, 2025, for release to Plaintiff.

13. On April 2, 2025, JMD informed Plaintiff Oyer that Part 2 of her request was referred to OPA, and Part 3 of her request was referred to OIP. JMD provided Plaintiff Oyer with contact information for both components.

14. Based on my experience with the Department, my familiarity with the records maintained by senior leadership offices, and discussions with knowledgeable Department personnel, I have determined that JMD's searches in this case were reasonably calculated to uncover all potentially responsive materials and that all files identified as likely to contain relevant documents were searched.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2026.   _____
                                            Laurence Brewer